CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3721
Facsimile:  (510) 637-3724
michael.keough@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CANCER STEP OUTSIDE THE BOX LLC., *et al.,*<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DEPARTMENT OF STATE, *et al.,*<br><br>　　　　Defendants. | Case No. 3:25-cv-07399-AMO<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINES FOR PLAINTIFFS' "MOTION TO COMPEL AG BONDI'S FED CENSORSHIP REPORT"** |

Subject to the Court's approval, the parties, through their undersigned counsel of record, hereby stipulate as follows:

1. On March 13, 2026, Plaintiffs in the above-captioned action filed a "Motion to Compel AG Bondi's Fed Censorship Report." *See* Dkt. 137. The response to this motion is presently due on March 27, 2026. The same motion was filed in the related *Webseed* matter currently pending before this Court. *See* No. 3:25-cv-03020-AMO, Dkt. 139.

2. The federal defendants have requested a short extension of time to prepare their response due to pre-scheduled leave for the federal counsel in each action. No party opposes the relief.

3. Therefore, the parties respectfully request the following briefing schedule for the motion which extends the Federal Defendants' response and Plaintiffs' reply deadlines by three weeks:

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO MOTION TO COMPEL
NO. 3:25-CV-07399-AMO                                         1

Non-Federal Defendants' responses by: March 26, 2026

Federal Defendants' response by: April 16, 2026

Plaintiffs' reply by: May 14, 2026

IT IS SO STIPULATED.

DATED: March 18, 2026                         Respectfully submitted,

                                              CRAIG H. MISSAKIAN
                                              United States Attorney

                                              */s/ Michael A. Keough*\*
                                              MICHAEL A. KEOUGH
                                              Assistant United States Attorney

                                              *Attorneys for Federal Defendants*

                                              */s/ Joshua H. Lerner*
                                              Joshua H. Lerner (SBN 220755)
                                              WILMER CUTLER PICKERING
                                                HALE AND DORR LLP
                                              50 California Street, Suite 3600
                                              San Francisco, CA 94111
                                              Telephone: (628) 235-1000
                                              Facsimile: (628) 235-1001
                                              Joshua.Lerner@wilmerhale.com

                                              Ari Holtzblatt (SBN 354631)
                                              WILMER CUTLER PICKERING
                                                HALE AND DORR LLP
                                              2100 Pennsylvania Avenue NW
                                              Washington, DC 20037
                                              Telephone: (202) 663-6642
                                              Facsimile: (202) 663-6363
                                              Ari.Holtzblatt@wilmerhale.com

                                              James Bor-Zale (*pro hac vice*)
                                              WILMER CUTLER PICKERING
                                                HALE AND DORR LLP
                                              60 State Street
                                              Boston, MA 02109
                                              Telephone: (617) 526-6000
                                              Facsimile: (617) 526-5000
                                              James.Bor-Zale@wilmerhale.com

                                              *Attorneys for Defendant Google LLC*

                                              */s/ Michael P. Esser*

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO MOTION TO COMPEL
NO. 3:25-CV-07399-AMO                          2

Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
michael.esser@kirkland.com

Kasdin M. Mitchell (pro hac vice)
Jordan L. Greene (pro hac vice)
KIRKLAND & ELLIS LLP
1300 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
kasdin.mitchell@kirkland.com
jordan.greene@kirkland.com

*Attorneys for Defendant Meta Platforms, Inc.*

*/s/ Kenneth M. Trujillo-Jamison*
Kenneth M. Trujillo-Jamison (SBN 280212)
WILLENKEN LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250
ktrujillo-jamison@willenken.com

*Attorney for Defendant X Corp.*

*/s/ Dennis Brandon Trice*
Dennis Brandon Trice (pro hac vice)
Roberta A. Kaplan (pro hac vice)
Michael Patrick Quinn (pro hac vice)
Michele Materni (pro hac vice)
Olivia Berci (pro hac vice)
KAPLAN MARTIN LLP
1133 Avenue of the Americas, Suite 1500
New York, NY 10036
Telephone: (212) 316-9500
btrice@kaplanmartin.com
rkaplan@kaplanmartin.com
mquinn@kaplanmartin.com
mmaterni@kaplanmartin.com
oberci@kaplanmartin.com

*Attorneys for Defendant Center for Countering Digital Hate, Inc.*

*/s/ Jeffrey L. Greyber*
Jeffrey L. Greyber (*pro hac vice*)
GREYBER LAW, PLLC
8903 Glades Rd., Ste. A8 #111
Boca Raton, FL 33434

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO MOTION TO COMPEL
NO. 3:25-CV-07399-AMO                         3

Telephone: (561) 702-7673
Facsimile: (833) 809-0137
jgreyber@greyberlaw.com

Frank F. Sommers (SBN 109012)
SOMMERS LAW PC
227 Princeton Ave.
Mill Valley, CA 94941
415-308-4004
ffs@SommersLawPC.com

*Attorney for Plaintiffs*

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO MOTION TO COMPEL
NO. 3:25-CV-07399-AMO                                4

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Federal Defendants' response to the "Motion to Compel AG Bondi's Fed Censorship Report" shall be filed by April 16, 2026.  Plaintiffs' reply shall be filed by May 14, 2026.

IT IS SO ORDERED.

DATED:   3/23/2026

_____
HON. Araceli Martínez-Olguín
United States District Judge