UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CANCER STEP OUTSIDE THE BOX, LLC, et al.                     ,

Plaintiff(s),

v.

DEPARTMENT OF STATE, et al.,

Defendant(s).

Case No. 4:25-CV-07399-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Maximilian T. Crema__, an active member in good standing of the bar of __New York__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Center for Countering Digital Hate, Inc. in the above-entitled action. My local co-counsel in this case is __James Torres__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __320192__.

1133 Avenue of the Americas, Suite 1500
New York, New York 10036
MY ADDRESS OF RECORD

201 Spear Street, Suite 1175
San Francisco, CA 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 316-9500
MY TELEPHONE # OF RECORD

(415) 212-7748
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mcrema@kaplanmartin.com
MY EMAIL ADDRESS OF RECORD

jtorres@torrestolman.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __5897335__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 16, 2026                                                  /s/ Maximilian T. Crema
                                                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Maximilian T. Crema  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:       6/22/2026

ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California